# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

JOHNNIE HOBBS,

    Plaintiff,

v.

GLYNN COUNTY DETENTION CENTER, E. NEAL JUMP, and MARIO MORALES,

    Defendants.

2:24-cv-91

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Complaint in its entirety. Dkt. No. 14. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders and Local Rules, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff in forma pauperis status on appeal.

**SO ORDERED**, this 3 day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA